SIEBROS FINANCE CORPORATION, Respondent, v. 190 WEST FOURTH STREET REALTY CORPORATION and DAVID M. FINK, Appellants, Impleaded with Others.† — Judgment affirmed, with costs, upon the authority of Meserole Securities Co.,

*Inc.*, v. *Cosman* (253 N. Y. 130). Present — Dowling, P. J., Merrell, Martin and O'Malley, JJ.